FILED_____ LODGED
_____ RECEIVED

DEC 23 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

**JUDGE: LEIGHTON**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR08-5548RBL |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING |
| ) | PTM DEADLINE |
| ROBERT J. BURKETT, ) | |
| Defendant. ) | |

### Order

Robert J. Burkett, through his attorney, Ronald D. Ness, moves the Court to continue Pretrial Motions Deadline from 12/19/08 to 1/02/09 and Pre-Trial Conference because the Defense was appointed on December 5, 2008, just received discovery and needs more time to discuss with client before motions are to be filed. The Court GRANTS this motion, finding the basis for this motion meritorious. The Pre-trial motions are due no later than 1/02/09.

IT IS SO ORDERED this 24th day December 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
PTM DEADLINE .. 1

1

2

3     Presented by:

4

5     /s/ RONALD D. NESS

    Attorney for Defendant

6     State Bar Number 5299

    Ronald D. Ness & Associates

7     420 Cline Avenue

8     Port Orchard, WA 98366

    Telephone: (360) 895-2042

9     Fax: (360) 895-3602

10     E-Mail:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

ORDER CONTINUING
PTM DEADLINE .. 2